MIED (Rev. 6/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Kathleen Galligan, Mary Schroeder, Rose Ann McKean and Regina H. Boone,

        Plaintiff(s),

v.

Detroit Free Press, Inc. and Gannett Co., Inc.,

        Defendant(s).
_____/

Case No. 5:17-cv-13349

Judge John Corbett O'Meara

Magistrate Judge Stephanie Dawkins Davis

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Detroit Free Press, Inc.

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ✔    No ☐

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: Gannett Co., Inc.
   Relationship with Named Party: wholly owned subsidiary

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐    No ✔

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name:
   Nature of Financial Interest:

Date: November 16, 2017

/s/ Richard B. Lapp

Date of Admission: March 5, 2003
Seyfarth Shaw LLP
233 S. Wacker Drive, Suite 8000
Chicago, IL 60606-6448
(312) 460-5000
rlapp@seyfarth.com