UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KATHLEEN GALLIGAN, et al.,

    Plaintiffs,

vs.

DETROIT FREE PRESS, et al.,

    Defendants.

Case No. 17-cv-13349
Hon. Matthew F. Leitman

_____

# ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND EXPERT DISCOVERY DEADLINES [ECF #55]

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Extend Expert Discovery Deadlines [ECF #55] in this case is **GRANTED**. The Court enters the following schedule to manage the progress of the case:

| EVENT | DEADLINE |
| --- | --- |
| Fact Discovery Cutoff | January 14, 2019 |
| Rule 26(a)(2) Proponent Expert Disclosures | April 1, 2019 |
| Rule 26(a)(2) Rebuttal Expert Disclosures | May 3, 2019 |
| Expert Discovery Cutoff | June 3, 2019 |
| Dispositive Motions | March 21, 2019 |
| Challenges to Experts | June 17, 2019 |
| Rule 26(a)(3) Pretrial Disclosures | June 3, 2019 |
| Motions *in Limine* | July 1, 2019<br>Response briefs due 10 days after filing, but not later than July 11, 2019. Reply briefs due 5 days after responses are filed, but not later than July 18, 2019. |
| Final Pretrial Order | August 12, 2019 |

| Final Pretrial Conference | August 26, 2019 |
|---|---|
| Trial Date | September 9, 2019 |
| Estimated Length of Trial | 14 days |
| **JURY TRIAL** ||

**IT IS SO ORDERED.**

/s/Matthew F. Leitman  
MATTHEW F. LEITMAN  
UNITED STATES DISTRICT JUDGE

Dated: January 2, 2019

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on January 2, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda  
Case Manager  
(810) 341-9764
