# EXHIBIT AL

**Sex and Wage Report**

**Detroit Free Press**

*This investigation is preliminary and on-going. We relied on data from 2016 bargaining. The information covers 2013-15. We have done our best to mathematically account for the 3% across the board raises and staffing changes. We understand that the Company over time as employees have been hired, promoted and provided over scale pay and this may make our data incomplete. While painstaking work has occurred to get the most up-to-date data and to categorize employee based on the information we know. Thus, we clarify that this is an investigatory exercise and we are very much interested in continuing the conversation with management to address what appears to be difference in pay between males and females in the newsroom.*

**Newsroom Breakdown and Median Wage**

The Free Press bargaining unit consists of 92 employees. Males make up 60 percent of the bargaining unit, while females make up 40 percent.

Males make a median* wage of $37.56 per hour and females make a median wage of $35.25 per hour. Male workers make a median wage of $2.31 more an hour. This number accounts for all people in the newsroom in all classifications and seniority levels.

**Table 1: Seniority and Hourly Wage by Sex**



The graph demonstrates that female's wages grow at a slower rate than male's wages. We would expect the lines to grow at the same rate if men and women are making the same wage throughout their careers.

**Table 2: Seniority, Hourly Wage and Sex**



24 percent of the unit have zero to five years of seniority. 20 percent of all females and 23 percent of all men have zero to five years of seniority. Men's median wage is $3.85 more an hour than women's median wage.

16 percent of the unit have 6-10 years of service. 14.5% of all female employees and 16% of all male employees work at this level of a seniority. From 6-10 years of service male employees make $1.87 more an hour than female employees.

24 percent of the unit have 11-15 years of seniority. 25 percent of all female and 22percent of male employees have 11-15 years of service. Males make $4.14 per hour more than the median wage of female employees.

16 percent of the employees have 16-20 years of service. 14.5% of all female employees and 16% of all male employees work at this level of a seniority. Female employees' median wage is $10.41 per hour higher than men's'.

27 percent of the unit have 20 or more years of seniority. 26 percent of all males and 23 percent of all female employees have twenty or more years of seniority. Male employees make $8.94 per hour more than women's median hourly wage.

**Table 3- Classification and Hourly Pay by Sex**



**Assistant Editor:** 7% of unit; 5% of all females and 7% of all males. Males median wage is $7.62 per hour higher than the female median wage.

**Copy Editors:** 12% of unit; 14% of females and 9% of males. Females median wage is $1.70 more an hour than the male median wage.

**Designer:** 5% of unit; 8% of all females and 2% of males. Male designer pay is higher than the 3 females. Male wage not revealed for confidentiality.

**Photographer:** 11% of Unit; 11% of females and 9% of males. Males median wage is $4.04 per hour more than females median wage.

**Reporter:** 53% of unit; 49% of females and 47% of males. Male median wage is $2.03 more per hour than females' median wage.

**Web Designer:** 12% of unit; 8% of females and 13% of males. Male median wage is $3.85 per hour more than female's median wage.

**Figure 4: Over-scale and Seniority by Sex Note: all employees are over the contractual minimum.**



The graph demonstrates how seniority relates to how many dollars each employee is over the contractual minimums. The difference in the trend lines show that males tend to be paid further over the minimums as they have more seniority while females tend to remain closer to the minimums throughout their careers.

5:17-cv-13349-JCO-SDD Doc # 20-2 Filed 12/19/17 Pg 6 of 6 Pg ID 194

**Figure 5: Merit Pay**

| 1 Merit Raise (24) |
| --- |
| Male (14) |
| Female (10) |
| 2 Merit Raises (16) |
| Male (6) |
| Female(10) |
| 3+ Merit Raises (17) |
| Male (10) |
| Female (7) |

**62%** of employees received a merit pay from 2013-2015. **38%** did not receive merit pay. Of the 57 members that received merit pay, 53% were male and 47% were female.

*38% of employees did not receive merit pay from 2013-15. Of the 35 employees who did not receive merit pay 77% were male and 23 % were female.*

46% of males and 27% of females did not receive merit raises.

**Merit was given in several years for some members. People who received merit could receive from 1 to more than**

**Merit Raises by Classification:**

**Assistant Editor:** 5/6 received at least one merit raise.

**Copy Editor:** 8/9 received at least one merit raise.

**Designer:** 5/6 received at least one merit raise.

**Editorial Assistant:** 2/4 received at least one merit raise.

**Photographer:** 6/9 received at least one merit raise.

**Reporter:** 18/44 received at least one merit raise.

**Web Editor:** 9/10 received at least one merit raise.