# EXHIBIT AS

## 2015 MERIT INCREASES (FREEP 16609)

| Name | Sex | Merit Increase Percentage | Pay Rate |
|------|-----|---------------------------|----------|
| **Merit Increases - Reporters - 2015** | | | |
| Allen, Robert | Male | 2.5 | $ 27.89 |
| Anderson, Elisha | Female | 2 | $ 30.79 |
| Baldas, Tresa | Female | 1 | $ 34.95 |
| Gallagher, John | Male | 2 | $ 48.23 |
| Gray, Kathleen | Female | 2 | $ 40.15 |
| Higgins, Lori | Female | 1 | $ 29.70 |
| Hinds, Julia | Female | 2 | $ 43.83 |
| Jesse, David | Male | 1 | $ 33.96 |
| Kaufman, Gina | Female | 1 | $ 34.80 |
| Matheny, Keith | Male | 1 | $ 46.69 |
| Monarrez, Carlos | Male | 1 | $ 32.22 |
| Reindl, Jc | Male | 2 | $ 36.64 |
| Snavely, Brent | Male | 2 | $ 39.56 |
| Stafford, Katrease | Female | 4 | $ 25.86 |
| Warikoo, Niraj | Male | 1 | $ 26.99 |
| Witsil, Frank | Male | 1 | $ 32.34 |
| Wisely, John | Male | 8.4 | $ 45.81 |



| Sex | Average Percentage Increase |
|-----|------------------------------|
| Male | 2.19 |
| Female | 1.857143 |

| Merit Increases - Photographers - 2015 | | | |
|---|---|---|---|
| Sex | Name | Merit Increase Percentage | Pay Rate |
| | Garza, Ryan | 3 | $ 30.02 |
| | Seals, Eugene | 2 | $ 37.60 |
| | Wright, Mandi | 2 | $ 35.33 |
| | | | |
| | | | |
| | | Sex | Average |
| | | Male | 2.5 |
| | | Female | 2 |

